AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:22-mj-371 | Date and time warrant executed: Unexecuted | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: N/A | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/09/2022

REED J COLLIER
Digitally signed by REED J COLLIER
Date: 2022.11.09 12:48:59 -05'00'

*Executing officer's signature*

Reed Collier, Special Agent, HSI

*Printed name and title*